THOMAS E. FRANKOVICH (State Bar No. 074414)
JULIA M. ADAMS (State Bar No. 230795)
THOMAS E. FRANKOVICH,
*A Professional Law Corporation*
2806 Van Ness Avenue
San Francisco, CA 94109
Telephone:	415/674-8600
Facsimile:	415/674-9900

Attorneys for Plaintiffs
MARSHALL LOSKOT
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, an individual; YVONNE "BONNIE" WILLIAMS; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>SACRAMENTO VAGABOND INN EXECUTIVE OLDTOWN LLC.,<br><br>    Defendant. | **CASE NO. CIV.S-04-1348 LKK**<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

        The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement, General Release of All Claims and Covenant Not to Sue ("Agreement"), each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

1   Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2   their designated counsel that the above-captioned action be and hereby is dismissed with
3   prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).
4   This stipulation may be executed in counterparts, all of which together shall constitute one
5   original document.

7   DATED: July 20, 2006                THOMAS E. FRANKOVICH,
                                        *A PROFESSIONAL LAW CORPORATION*

                                        By:   /s/ Julia M. Adams
                                              Julia M. Adams
                                        Attorneys for Plaintiffs MARSHALL LOSKOT,
                                        YVONNE "BONNIE" WILLIAMS and
                                        DISABILITY RIGHTS
                                        ENFORCEMENT, EDUCATION
                                        SERVICES: HELPING YOU
                                        HELP OTHERS

    DATED: July 19, 2006                LEWIS, BRISBOIS, BISGAARD & SMITH
                                        LLP


                                        By:   /s/ Kristin Sato
                                              Kristin Sato
                                        Attorneys for Defendant SACRAMENTO
                                        VAGABOND INN EXECUTIVE OLDTOWN LLC.

///
///
///
///
///
///
///
///
///

**Loskot v. Sacramento Vagabond Inn Executive Oldtown LLC**
**Case No. CV04-1348 LKK**
**STIPULATION OF DISMISSAL AND ORDER THEREON**                           2

**ORDER**

IT IS HEREBY ORDERED that matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement, General Release of All Claims and Covenant Not to Sue should such enforcement be necessary.

Dated: July 24, 2006

*/s/ Lawrence K. Karlton*

Lawrence K. Karlton
UNITED STATES DISTRICT JUDGE